Submitted on record and appellant's brief January 7, affirmed January 14, petition for rehearing denied February 9, petition for review denied March 16, 1971

## STATE OF OREGON, *Respondent, v.*
## MICHAEL ROBERT RIDDELL, *Appellant.*
### 479 P2d 254

Brian P. Jackson, Albany, filed the brief for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM

Defendant was convicted of robbery. His sole assignment of error on appeal is that the court instructed the jury that a verdict concurred in by 10 or more was sufficient. The instruction was correct. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).

Affirmed.